## IN THE UNITED STATES DISTRICT COURT,
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAINA A. NORMAN,<br><br>        Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>        Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case 2:15-cv-00521**<br><br>**Judge: Dale A. Kimball** |

Pursuant to the stipulation and motion of the parties, through counsel, and good cause appearing, now, therefore; IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and all claims contained therein or arising therefrom, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full and said Plaintiff's Complaint and all such claims are hereby dismissed, with prejudice.

DATED this 16th day of November, 2017.

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

1